UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20724-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JAMID JONES,
    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING MOTION TO SUPPRESS EVIDENCE**

**THIS MATTER** came before the Court upon the Defendant's Motion to Suppress Evidence (D.E. 15). The Motion was referred to Magistrate Chris M. McAliley (D.E. 17). Magistrate Judge McAliley held a hearing on December 29, 2020 and January 4, 2021. The Court has carefully reviewed the Report and Recommendation (D.E. 43) and no objections having been filed, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Chris M. McAliley (**D.E. 43**) is hereby **ADOPTED.** It is further

**ORDERED AND ADJUDGED** that Defendant's Motion to Suppress Evidence (**D.E. 15**) is hereby **DENIED**.

**DONE AND ORDERED** in West Palm Beach, Florida, this 2nd day of April, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record